FILED
2023 Apr-03  PM 01:29
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **SARAH ISMAIL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Case No.: 2:21cv1204 AMM** |
| | ) |
| **VOESTALPINE RAILWAY** | ) |
| **SYSTEMS NORTRACK, INC.,** | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DISMISSAL

The court, having been advised that a settlement has been reached, dismisses this case without prejudice to reinstatement if any party represents to the court on or before Friday, June 2, 2023, that final settlement documentation could not be completed.

**DONE** and **ORDERED** this 3rd day of April, 2023.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE